IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | 4:09CV3160 |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 265, et. al, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that the unopposed motion for extension of time filed by Defendants International Brotherhood of Electrical Workers, Local 265; International Brotherhood of Electrical Workers Local Union No. 265 Vacation Fund; and Trustees of International Brotherhood of Electrical Workers Local Union No. 265 Vacation Fund, (filing no. 31), is granted, and these defendants are given until October 15, 2009 to answer or otherwise respond to the plaintiff's complaint for declaratory judgment.

DATED this 25th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge