IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 265, NATIONAL ELECTRICAL BENEFIT FUND, DAKOTAS & WESTERN MINNESOTA ELECTRICAL HEALTH & WELFARE FUND, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS 265 VACATION FUND, LINCOLN ELECTRICAL JOINT APPRENTICESHIP & TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF DAKOTAS & WESTERN MINNESOTA ELECTRICAL HEALTH & WELFARE FUND, TRUSTEES OF DAKOTAS AREAWIDE IBEW-NECA SAVINGS AND RETIREMENT PLAN, TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS 265 VACATION FUND, TRUSTEES OF THE LINCOLN ELECTRICAL JOINT APPRENTICESHIP & TRAINING TRUST FUND, and DAKOTAS AREAWIDE IBEW-NECA SAVINGS AND RETIREMENT PLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY |
| Defendants. | ) ) | |

IT IS ORDERED that:

1. the Motion for Leave to File Sur-Reply, filing 49, is granted; and

2. the Sur-Reply shall be filed and served forthwith.

Dated November 4, 2009.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge

: