IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 265, et. al., | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Natalie W. Kohner, (filing no. 97), is granted.

2) Anderson, Helgen, Davis & Nissen and its attorney Amanda R. Cefalu remain counsel of record for defendants Dakotas & Western Minnesota Electrical Health & Welfare Fund, Dakotas Areawide IBEW-NECA Savings and Retirement Plan, Trustees of Dakotas & Western Minnesota Electrical Health & Welfare Fund and Trustees of Dakotas Areawide IBEW-NECA Savings and Retirement Plan.

DATED this 5th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge