IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF | ) | MEMORANDUM AND ORDER |
| ELECTRICAL WORKERS LOCAL 265, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties' motion to continue, (filing no. 117), is granted, and the final progression order is amended as follows:

    a.    A jury trial is set to commence on February 28, 2011. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

    b.    The pretrial conference will be held before the undersigned magistrate judge on February 3, 2011, at 9:00 a.m. One hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on February 2, 2011, and the draft order shall conform to the requirements of the local rules.

    c.    The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

        For the plaintiffs:    October 1, 2010.
        For the defendant:    November 1, 2010.

    d.    The discovery and deposition deadline, and the deadline for filing motions to compel, is November 15, 2010.

    e.    The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is November 26, 2010.

August 13, 2010.        BY THE COURT:
        s/ *Cheryl R. Zwart*
        United States Magistrate Judge