IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD | ) | MEMORANDUM AND ORDER |
| OF ELECTRICAL WORKERS LOCAL | ) | |
| 265, et. al., | ) | |
| Defendants. | ) | |
| | ) | |

The parties' joint motion for modification of the pretrial scheduling order (filing no. 129), is granted, and the final progression order is amended as follows:

a.  A jury trial is set to commence on April 25, 2011. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b.  The pretrial conference will be held before the undersigned magistrate judge on April 14, 2011, at 10:00 a.m. One hour is allocated to this conference. Counsel shall e-mail a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on April 13, 2011, and the draft order shall conform to the requirements of the local rules.

c.  The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

    For the Plaintiffs:    December 1, 2010
    For the Defendants:    December 30, 2010

d.  The discovery and deposition deadline, and the deadline for filing motions to compel, is January 15, 2011.

e. The deadline for filing Motions to Compel is December 15, 2010

f. The deadline for filing motions to dismiss, motions for summary judgment or motion to exclude expert testimony on *Daubert* and related grounds is January 15, 2011.

Dated this 2nd day of November, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge