IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 265, et. al., | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the telephonic conference held today,

IT IS ORDERED:

1) The parties shall confer and attempt to resolve the pleading issues presented by plaintiff's motion to add a cause of action seeking a refund for any and all fringe benefit contributions allegedly overpaid by Grand Electric to the Defendant Funds and the Defendant Trustees (see filing no. 120);

2) If the parties are able to resolve the pleading issues described in paragraph (1) of this order, on or before November 23, 2010, the parties shall file a joint stipulation for amendment or the plaintiff shall file an unopposed motion to amend the pleadings in accordance with the parties' agreement.

3) If no agreement is reached regarding the pleading issues described in paragraph (1) of this order, on or before December 1, 2010, the plaintiff shall file a reply brief addressing the substantive law arguments raised in the defendant's brief opposing plaintiff's motion to amend.

4) The motion to compel filed on behalf of Defendants Dakotas Funds, (filing no. 124), is granted, and:

   a. On or before November 17, 2010, the plaintiff shall produce a copy of its general ledger for the January 1, 2005 to the present, and its monthly bank statements or financial account statements for each month during that time period.

   b. All such records produced will be held confidential under the terms and provisions of the protective order entered in this case.  See filing no. 115.

November 10, 2010.                               BY THE COURT:
                                                 s/ Cheryl R. Zwart
                                                 United States Magistrate Judge