IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD | ) | MEMORANDUM AND ORDER |
| OF ELECTRICAL WORKERS | ) | |
| LOCAL 265, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that plaintiff Grand Electric, LLC's motion to continue, (filing no. 143), is granted, and

1) On or before December 29, 2011, defendant International Brotherhood of Electrical Workers, Local 265 ("Local 265") shall serve its response to the plaintiff's Second Set of Requests for Production of Documents. Defendant's response shall be served by both electronic mail and U.S. Mail on plaintiff Grand Electric, LLC.

2) As to the plaintiff's Second Set of Requests for Production of Documents served on Local 265, any motion to compel filed by Grand Electric, LLC shall be filed on or before December 30, 2011.[1]

DATED this 17th day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] December 31, 2011, as referenced in the parties' motion, is a federal holiday.