IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 265, et. al., | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

A settlement conference has been set for February 10, 2011 at 9:00 a.m. (Filing 145).

IT IS ORDERED:

1) All progression deadlines are stayed pending further order of the court.

2) If the settlement conference does not result in settlement of this case, the parties will be ordered to propose new deadlines for progression of the case to final resolution.

DATED this 18th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge