IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF | ) | MEMORANDUM AND ORDER |
| ELECTRICAL WORKERS LOCAL 265, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

The Defendant, International Brotherhood of Electrical Workers, Local 265, by and through their attorney, Amanda R. Cefalu, has contacted the court regarding the Settlement Conference set for February 10, 2011 at 9:00 a.m. Ms. Cefalu informed the court that because of an unexpected continuance, her previously scheduled ten-day trial will not be completed until after February 10, 2011. To date, the parties have been unable to re-schedule the settlement conference.

IT IS ORDERED:

1) The Settlement Conference, set for February 10, 2011 at 9:00 a.m. is continued pending further order of the court.

2) On or before February 24, 2011, the parties shall contact my chambers to re-schedule the settlement conference.

DATED this 7th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge