IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 265, NATIONAL ELECTRICAL BENEFIT FUND, DAKOTAS & WESTERN MINNESOTA ELECTRICAL HEALTH & WELFARE FUND, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS 265 VACATION FUND, LINCOLN ELECTRICAL JOINT APPRENTICESHIP & TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF DAKOTAS & WESTERN MINNESOTA ELECTRICAL HEALTH & WELFARE FUND, TRUSTEES OF DAKOTAS AREAWIDE IBEW-NECA SAVINGS AND RETIREMENT PLAN, TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS 265 VACATION FUND, TRUSTEES OF THE LINCOLN ELECTRICAL JOINT APPRENTICESHIP & TRAINING TRUST FUND, and DAKOTAS AREAWIDE IBEW-NECA SAVINGS AND RETIREMENT PLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER ON DEFENDANT DAKOTAS FUNDS' MOTION TO SEAL DOCUMENT PURSUANT TO FEDERAL RULE 5.2(a) |
| Defendants. | ) ) | |

IT IS ORDERED that:

1. Defendant Dakotas Funds' Motion to Seal Document pursuant to Federal Rule 5.2(a), filing 162, is granted in that limited access shall be given to Exhibit C of the Affidavit of Amanda R. Cefalu, Docket No. 160; and

2. the clerk of the court shall restrict access to Exhibit C of the Affidavit of Amanda R. Cefalu, docket no. 160, to only counsel of record in this case.

Dated May 9, 2011.

        BY THE COURT


        s/ Warren K. Urbom
        United States Senior District Judge