IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAND ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3160 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF ELECTRICAL WORKERS LOCAL | ) | |
| 265, ET. AL, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have advised the court that this case will be submitted on stipulated facts.

Accordingly,

IT IS ORDERED that the pretrial conference scheduled to be held before me on August 5, 2011, and the in-chambers conference and trial scheduled to be held before Judge Urbom on August 8, 2011, are postponed pending the court's ruling on the parties' anticipated motion for judgment on stipulated facts.

DATED this 4th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge